UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH FORD #181879,

Plaintiff,

v.

BRYAN MORRISON, et al.,

Defendants.
_______________________________/

Case No. 1:24-cv-459

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Christine Boden filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 1, 2026, recommending that this Court grant the motion and terminate this action[1]. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 37) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 32) is GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

[1] The Co-Defendants were dismissed by prior Order on September 17, 2025 (ECF No. 26).

raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: August 12, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge