UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH FORD #181879,

Plaintiff,

v.

BRYAN MORRISON, et al.,

Defendants.
_________________________________/

Case No. 1:24-cv-459

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: August 12, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge